Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.:   10−35965    Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tony Nie
*debtor has no known aliases*
15370 Black Ankle Road
Mount Airy, MD 21771

Social Security No.:   xxx−xx−2476

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 11/12/10

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Merrill Cohen is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 3/17/11

*Thomas J. Catliota*
U.S. Bankruptcy Judge

```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                       Case No. 10-35965-TJC
Tony Nie                                                     Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0         User: admin             Page 1 of 2           Date Rcvd: Mar 17, 2011
                             Form ID: fnldec         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2011.
db          +Tony Nie,   15370 Black Ankle Road,   Mount Airy, MD 21771-9101
aty         +Danell J Palladine, Ms,   Campbell Flannery,   19 E Market Street,   Leesburg, VA 20176-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0416-0          User: admin              Page 2 of 2              Date Rcvd: Mar 17, 2011
                              Form ID: fnldec          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2011 at the address(es) listed below:
tr          Merrill Cohen    trustee@cohenbaldinger.com,  mcohen@ecf.epiqsystems.com,john_held@mdb.uscourts.gov
                                                                                                    TOTAL: 1
```